# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

PRISCILLA DUET AND CURTIS
DUET, HUSBAND AND WIFE

NO.  2025 CW 0766

VERSUS

CALEB LAND CORPORATION

**NOVEMBER 3, 2025**

---

In Re:    Caleb Land Corporation, applying for supervisory writs,
          17th Judicial District Court, Parish of Lafourche, No.
          143161.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.**

**EW**
**CHH**

Lanier, J., dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
  FOR THE COURT